_____

No. 95-3790
_____

Norma E. Lohse,                        *
                                       *
        Appellant,                     *
                                       *  Appeal from the United States
    v.                                 *  District Court for the
                                       *  District of Nebraska.
Wal-Mart Stores, Inc., Co.,            *        [UNPUBLISHED]
a Delaware Corporation,                *
                                       *
        Appellee.                      *
                              _____

                Submitted:  July 5, 1996

                   Filed:  July 30, 1996
                              _____

Before McMILLIAN, WOLLMAN, and MURPHY, Circuit Judges.
                              _____


PER CURIAM.


     Norma E. Lohse appeals from the judgment of the district court[1]
entered upon a jury verdict for defendant, Wal-Mart Stores, Inc., in
Lohse's negligence action.  Because Lohse has not provided a transcript,
we cannot review the issues she raises on appeal.  See Fed. R. App. P.
10(b)(2); Schmid v. United Bhd. of Carpenters & Joiners, 827 F.2d 384, 386
(8th Cir. 1987) (per curiam), cert. denied, 484 U.S. 1071 (1988).


     Accordingly, the judgment of the district court is affirmed.  We deny
Lohse's and Wal-Mart's motions on appeal.


_____

        [1]The Honorable William G. Cambridge, Chief Judge, United
States District Court for the District of Nebraska.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.